

COM.

v.

**MITCHELL, E.**

**1058 WDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–11–CR–0000826–2014 (Cambria)

Affirmed

■

**C.R.**

v.

**S.L.P.**

**1272 WDA 2016**

Superior Court of Pennsylvania.

07/11/2017

FA 43 of 2016 (Greene)

Affirmed

COM.

v.

**DOTY, C.**

**1626 WDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–25–CR–0001370–2008 (Erie)

Affirmed

**IN RE: A.M.P., a Minor,**

**Appeal of: A.M.P.**

**1644 WDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–02–DP–687–2016—FID, 02-FN-837-2016 (Allegheny)

Affirmed

■

**FRY, H.**

v.

**ADAMS, S.**

**1654 WDA 2016**

Superior Court of Pennsylvania.

07/11/2017

No. 304 AD 2014 (Greene)

Remanded Jurisdiction Retained

